GILLA ROOS, Respondent, v. FRED ROOS, Appellant.—

Concur — McGivern, J. P., Markewich, Nunez, Kupferman and Tilzer, JJ.